Peter R. Afrasiabi, Esq. (Bar No. 193336)
    pafrasiabi@turnergreen.com
Christopher W. Arledge, Esq. (Bar. No. 200767)
    carledge@turnergreen.com
John Tehranian, Esq. (Bar No. 211616)
    jtehranian@turnergreen.com
**TURNER GREEN LLP**
535 Anton Boulevard, Suite 850
Costa Mesa, California 92626
Telephone:   (714) 434-8750
Facsimile:    (714) 434-8756

Attorneys for Plaintiff
Mavrix Photo, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTO, INC., a Florida corporation,<br><br>         Plaintiff,<br><br>v.<br><br>BRAND TECHNOLOGIES, INC., an Ohio corporation; BRANDTECH, a business form unknown; GOSSIPGIRLS.COM, a business form unknown; CELEBRITY-GOSSIP.NET, a business form unknown; BRAD MANDELL, an individual; and DOES 1-10 INCLUSIVE,<br><br>         Defendants.<br>_____ | Case No. **09-2729 PSG (JCx)**<br><br>**DECLARATION OF PETER AFRASIABI IN SUPPORT OF OPPOSITION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION**<br><br>**[Opposition and Declaration of Gareth Thomas filed concurrently]**<br><br>Date:     July 13, 2009<br>Time:     1:30 p.m.<br>Court:    790, Roybal Building |

I, Peter Afrasiabi, declare as follows:

1.     I am an attorney at law, duly licensed to practice before all Courts of the State of California, and admitted to practice in the United States District Court for the Central District of California.  I am a partner of the firm Turner, Green, Afrasiabi & Arledge LLP, attorneys of record in this action for Plaintiff Mavrix Photo, Inc.  I have personal

knowledge of the facts set forth herein, and could and would testify competently thereto if sworn as a witness.

2.     On June 24, 2009, I logged onto www.celebritygossip.com, one of Defendants' websites as discussed in Mr. Mandell's declaration.  The www.celebritygossip.com URL instantly resounds to another of Defendants' websites www.gossipcenter.com.  I clicked on the link to the Ticket store which goes to the GossipGirls.com Ticket Center™ where I bought a ticket to the Ringling Brothers and Barnum & Bailey Circus for July 12, 2009 at the Staples Center in Los Angeles.  True and correct copies of the receipt, checkout confirmation page, and E-mail confirmation are attached as Exhibits A, B, and C, respectively.

3.     The GossipGirls.com Ticket Center™ allows one to select dates and purchase tickets in various cities in California, as evidenced by Exhibit D.

4.     Exhibit E is a true and correct copy of a website printout from Defendants' www.celebrity-gossip.net site that identifies "Featured Jobs" in L.A. as well as relevant partners of Defendants.  Pages 2 and 3 identify a series of blog comments under the heading "Recent Comments" by various people discussing the actress-model Megan Fox.

5.     Exhibit F is a true and correct copy of Defendants' website www.celebrity-gossip.net that allows users to sign up and subscribe to a Celebrity Newsletter (page 2 of Exhibit F.) It also identifies further comments of blog users at pages 2-3 with a button for users to "Leave a Comment" also on page 2.

6.     Exhibit G is a true and correct copy of the celebrity-gossip.net page one lands at if he clicks on the "Syndication" link identified in Exhibit F at page 2.

7.     Exhibit H is a true and correct copy of the homepage of gossipgirls.com/gossipcenter.com which on page 2 identifies the "Gossip Center" Membership Club people can join.

8.     Exhibit I is a true and correct copy of gossipgirls.com/gossipcenter.com "Advice" page where users can upload questions and receive advice and answers to their questions.

**DECLARATION OF PETER AFRASIABI IN SUPPORT OF OPPOSITION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

9.      Exhibit J is a true and correct copy of celebrity-gossip.net's page that requests users to submit their information or pictures of celebrities, which page one lands at if he clicks on the "Submissions" link on the "Site Navigation" bar on the home page as identified in page 2 of Exhibit J.

10.     The bottom of page 3 of Exhibit E identifies Incendia Technologies as the Defendants' website designer and programmer.  Exhibit K is a true and correct copy of Incendia's website pages that identifies Ojai as the headquarters (page 2 of Exhibit K).

11.     Page 2 of Exhibit D identifies Defendants' "Partners." Exhibit L is a true and correct copy of Fox News' California Secretary of State information and Exhibit M is a true and correct copy of Glam Media's website listed offices in California (and New York and other countries).

12.     Exhibit N is a true and correct copy of Defendants' "Mobile Phone Version" of its website, launched with its stated partner "Quattro Wireless." The page is reached by clicking on the top menu tab entitled "GG Mobile News."

13.     Exhibit O is a true and correct copy of Quattro Wireless' website printout, which identifies offices in Los Angeles and Irvine, California.

14.     Exhibit P is a true and correct copy of celebrity-gossip.com's website page, reached by clicking their "Videos" top link button (which can be seen at the top of Exhibit E, for example), which I printed.

15.     Exhibit Q are true and correct copies of web site traffic results for www.celebrity-gossip.net, msnbc.com and bbc.com, as well as copies of an internet discussion of the general number of web sites in the world.

        I declare that the foregoing is true and correct to the best of my ability under penalty of perjury under the laws of the United States of America.  Executed this 29th day of June, 2009 at Costa Mesa, California.

_____
                    Peter Afrasiabi

14957.1                             3
**DECLARATION OF PETER AFRASIABI IN SUPPORT OF OPPOSITION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

# Exhibit A

Policies : Help



SEARCH:

| HOME | SPORTS | CONCERTS | THEATER | LAS VEGAS TICKETS | BROADWAY TICKETS |



## Thank you.

Your order has been processed successfully. You will receive an email receipt shortly.
Click here to order more tickets to this event, or return to Gossip Girls Tickets.

[ Print ]   Click Print to print this receipt.

Thank you for ordering from Gossip Girls Tickets.

Security Note: Please note that your billing information has been obscured from this email to ensure
your security and privacy.

```
                  ***ORDER INFORMATION***
Order ID#:  4159947 - Jun 24 2009  8:19PM
Tickets:                                      1 x    $38.00
----------                                         ----------
                  Service Fee                 1 x     $7.60
Delivery:   Express Delivery                         $25.00
==========                                         ==========
Total:                                               $70.60

Currency:   USD
(Note:  Total does not include any applicable state or local sales taxes.)

                  ***EVENT INFORMATION***
Event:      Ringling Bros And Barnum & Bailey Circus
Location:   Staples Center, Los Angeles, CA
Date/Time:  Jul 12 2009 11:30AM
Seats:      Section: 210 Row: 19
            Seats May Be Upgraded  By Row and/or Section

                  ***CUSTOMER INFORMATION***
Customer:   Peter Afrasiabi [pafrasiabi@turnergreen.com]
            714-434-8750 [Daytime] / 714-434-8750 [Evening]
Card Num:   **********1558 (Visa)
IP Address: 67.120.29.170

Bill To:    Peter Afrasiabi | 535 Anton Blvd., Suite  850 | Costa Mesa, CA 92626   United States of
America
Ship To:    Same as billing address

                  ***OTHER ORDER INFORMATION***
Alternate:  WONT accept equiv/better tickets at same price
Referral:   Internet Ad

                  ***SELLER INFORMATION***
Seller:     TicketsinTimeOnline.com  | 866 380 3816 | info@tixintime.com
```

# Exhibit B

Gossip Girls Tickets - Checkout - Confirm

Page 1 of 1

Policies : Help



SEARCH:

| HOME | SPORTS | CONCERTS | THEATER | LAS VEGAS TICKETS | BROADWAY TICKETS |

## Please Confirm Your Order

Please check your order below and complete your request by clicking the Place Order button. If you need to make changes, click the Back button below to return to the previous page. You can cancel your order and return to the Gossip Girls Tickets home page by clicking the Cancel Order button.

( Cancel )                                          ( << Back )  ( Place Order >> )

**Ticket Information:**

### Ringling Bros And Barnum & Bailey Circus

Sun, Jul 12, 2009             Staples Center              Section:  210    Row:  19
11:30 AM

Price Per Ticket: $38.00                                    Tickets:      1 x $38.00
Tickets Requested: 1                                   Service Fee:      1 x $7.60
                                                          Shipping:         $25.00
                                                             Total:         $70.60

Total does **not** include state or local taxes if applicable.
**All prices are in USD($).**

**Contact Information:**            **Bill To:**                    **Ship To:**
Peter Afrasiabi                    Peter Afrasiabi                 Peter Afrasiabi
pafrasiabi@turnergreen.com         535 Anton Blvd., Suite 850      535 Anton Blvd., Suite 850
714-434-8750 [Daytime]             Costa Mesa, CA 92626            Costa Mesa, CA 92626
714-434-8750 [Evening]

**Delivery:**                      **Credit Card:**
Express Delivery                   ***********1558 Exp: 03/11 (Visa)

**Special Instructions:**
--no special instructions--

# Exhibit C

**Peter Afrasiabi**

| | |
|---|---|
| **From:** | Gossip Girls Tickets [TicketSupport@TicketNetwork.com] |
| **Sent:** | Wednesday, June 24, 2009 5:20 PM |
| **To:** | Peter Afrasiabi |
| **Subject:** | Gossip Girls Tickets - Ticket Order Information (#4159947) |

Thank you for your order.  This message is an automatically generated email receipt for
your order placed at  http://tickets.gossipgirls.com .

Your order is currently in process with your ticket seller: TicketsinTimeOnline.com.  Upon
completion, you will receive a shipping tracking notification.  On occasion, the tickets
you purchased may not be available for immediate delivery.  If this is the case, you will
be notified via email by TicketsinTimeOnline.com with an estimated delivery date.  Once
available, your tickets will be delivered using your previously selected on-time delivery
method.

If you need additional support please:

1) Use MyTicketTracker.com:
You can track the status of your order at any time via the web at
http://www.mytickettracker.com or via the phone at (800) 787 - 9201.  To access your order
information you will need to enter the email address used to place this order as well as
the PIN Number for this order.  Your PIN Number for this order is 04250840.

2) Contact Your Ticket Seller - TicketsinTimeOnline.com:
TicketsinTimeOnline.com is a member of our outstanding service network.  If you have any
questions about your order, please contact TicketsinTimeOnline.com directly via email at
info@tixintime.com or phone at 866 380 3816.

3) Contact the Gossip Girls Tickets Customer Service Department:
Service is very important to us at Gossip Girls Tickets.  If you have any questions after
using MyTicketTracker.com or contacting TicketsinTimeOnline.com, please contact us
directly via email to TicketSupport@TicketNetwork.com or via phone at (866)459-9233.

You can protect your entertainment investment with Ticket Insurance.  Ticket Insurance
allows you to recover the cost of your tickets in case you are unable to attend the event.
Visit http://www.etravelprotection.com/tl/ for details.

Thank you for ordering from Gossip Girls Tickets.

Security Note: Please note that your billing information has been obscured from this email
to ensure your security and privacy.


                  ***ORDER INFORMATION***
Order ID#:  4159947 - Jun 24 2009  8:19PM
Tickets:                                        1 x     $38.00
----------                                              ----------
            Service Fee                         1 x      $7.60
Delivery:   Express Delivery                            $25.00
==========                                              ==========
Total:                                                  $70.60

Currency:   USD
(Note:  Total does not include any applicable state or local sales taxes.)


                  ***EVENT INFORMATION***
Event:      Ringling Bros And Barnum & Bailey Circus
Location:   Staples Center, Los Angeles, CA
Date/Time:  Jul 12 2009 11:30AM
Seats:      Section: 210 Row: 19
            Seats May Be Upgraded  By Row and/or Section

1

```
               ***CUSTOMER INFORMATION***
Customer:    Peter Afrasiabi [pafrasiabi@turnergreen.com]
             714-434-8750 [Daytime] / 714-434-8750 [Evening]
Card Num:    **********1558 (Visa)
IP Address: 67.120.29.170

Bill To:    Peter Afrasiabi | 535 Anton Blvd., Suite  850 | Costa Mesa, CA 92626    United
States of America
Ship To:    Same as billing address

               ***OTHER ORDER INFORMATION***
Alternate:   WONT accept equiv/better tickets at same price
Referral:    Internet Ad

               ***SELLER INFORMATION***
Seller:      TicketsinTimeOnline.com  | 866 380 3816 | info@tixintime.com
```

# Exhibit D

Gossip Girls Tickets for Events, Concerts, and Celebrities

Page 1 of 1

**Gossip Girls Tickets for Events, Concerts, and Celebrities**

Policies : Help



SEARCH:

| HOME | SPORTS | CONCERTS | THEATER | LAS VEGAS TICKETS | BROADWAY TICKETS |

**Sell Tickets**

**TOP EVENTS**
- New York Yankees
- Chicago Cubs
- NASCAR
- Elton John
- Wicked
- Monty Python's Spamalot
- Lion King
- Blue Man Group
- Super Bowl XL
- Madison Square Garden

**CATEGORIES**
- Sports Tickets
- Concert Tickets
- Theater Tickets
- Las Vegas Tickets
- Broadway Tickets


TicketNetwork DIRECT
TRUSTED MERCHANT



## Britney Spears
**Featured Event**

"Choreographers have been asked to create an out-of-this-world dance routine for Britney and Madonna... This is going to be a high energy dance routine - getting back to what they are both good at, performing."

Buy Now


**Jonas Brothers**


**Pussycat Dolls**


**Rascal Flatts**

Search by city: --Select a city--

From:  6/23/2009          To: 6/23/2010          Go!

| Sports | Concerts | Theater | Las Vegas | Broadway |
| --- | --- | --- | --- | --- |
|  |  |  |  |  |
| Baseball | Pop / Rock | Broadway | Bette Midler | Wicked |
| NFL Football | Alternative | Off-Broadway | Cher | South Pacific |
| NCAA Football | Country / Folk | Las Vegas | Cirque du Soleil | Jersey Boys |
| NBA Basketball | Hard Rock / Metal | Opera | The Mirage | Mamma Mia |
| NCAA Basketball | Rap / Hip Hop | Musical / Play | The Venetian | Lion King |
| NHL Hockey | Jazz / Blues | | The Wynn | Phantom of the Opera |
| NASCAR | Children / Family | | | |

**Powered By:**

TicketNetwork DIRECT

Home · Sports · Concerts · Theater · Las Vegas Tickets · Broadway Tickets
Sell Tickets · Advanced Search · Tell Your Friends · Company Info

Copyright  2009
Gossip Girls Tickets
All Rights Reserved

# Exhibit E

# Celebrity **Gossip**
@celebrity-gossip.net

**HOME** | **PHOTOS** | **VIDEOS** | **CELEB SEARCH**

## ☆ Latest Celebrity Sightings ☆

  

### Partner Links

Want to exchange links? If so, send an email to linkexchange@gossipgirls.com!!
**Requirements: Site must be a PR5 or greater to apply

 

 

Love Poems And Quotes
Celebrity Gossip
Celebrity News
Gossip Girls

## Latest Headlines

Jon Gosselin: Post-Divorce Daddy Duties

Megan Fox: Getting Used To The Attention

Kate Gosselin Steps Out Following Divorce News

Brenda Song: "Transformers" Red Carpet Cutie

LeAnn Rimes: Saddened Over Tabloid Treatment

Elisabeth Hasselbeck Faces Lawsuit

Beyonce And Jay-Z: Late Night Lovers

Aubrey O'Day Weighs In On Chris Brown

Bradley Cooper: Playing The Field?

Blonde Lily Allen Dines Out With Ex

Shia LaBeouf: "Revenge Of The Fallen" Stud

Jude Law: Wound Up At Wimbledon

Kristin Cavallari: Pretty In Pink

Taylor Momsen Turns Up For "Transformers"

Ed McMahon Passes Away At 86

## Categories

Celebrities (By Name)

Photo Gallery

Video Gallery

MySpace Celebs

Celebrity Kids

Celebrity Babies

Celebrity Couples

Pregnant Celebrities

Celebrity Breakups

And The Winner Is...

## Featured See Jobs powered by monster



▷ Registered ...
Exciting opportunity for Expene...
**Torrance, CA**

▷ Media Buyer
Experian Interactive Media, an E...
**Los Angeles,**

▷ Pharmaceuti...
and Medical Device Sales – Sale...
**Santa Monica,**

▷ Commercial ...
If you have the ambition of beco...
**MultiLocation**


Are you an **Employer?** Put your job here!
☑ Get started!

## Top Searches

1) Audrina Patridge Pics

2) Megan Fox

3) Miley Cyrus

4) Lindsay Lohan Bikini Pics

5) Britney Spears Videos

6) Jennifer Aniston Bikini Pic

7) Music Videos

8) GossipCenter

9) Celebrity Profiles

10) Robert Pattinson

Star Style

Celebrity Legal

Celebrity Medical

Celebrity Pets

Celebrity Real Estate

Celebrity Scandals

Celebrity Sightings

Weddings & Engagements

Movie News

Music News

Reality Television

Television



Fox Entertainment News

**Maxim Monday: Cameron Richardson on Defeating New York's 'Am**

**Blogger Perez Hilton Says Black Eyed Peas Posse Assaulted Hi**

**Legendary Television Host Ed McMahon Dead at 86**

**Megan Fox Suffers Anxiety Attacks Seeing Herself On Screen**

**Rihanna Expected In Court Hearing Against Chris Brown**

More From Fox News >>

Sign-Up For Celebrity Newsletter

Enter Email:

submit

## Site Navigation

Home

Submissions

Advertising

Contact Us

Syndication

Partner Links

Disclaimer

» Blogs that link here
» View my profile

Technorati


>>Atom Feed

**visit the star gallery**

      

**more celebrity gossip...**

Aubrey O'Day Weighs In On Chris Brown

Bradley Cooper: Playing The Field?

Blonde Lily Allen Dines Out With Ex

Shia LaBeouf: "Revenge Of The Fallen" Stud

**recent comments**

na said...

Megan Fox is just trying to ride roberts fame. First...

**Cathy Landry** said.

Celebrity Gossip: Entertainment News & Juicy Gossip - The Gossip Girls

Page 3 of 3

Jude Law: Wound Up At Wimbledon

Kristin Cavallari: Pretty In Pink

Taylor Momsen Turns Up For "Transformers"

Ed McMahon Passes Away At 86

Courteney Cox: Photo Shoot Sexy

Kendra Wilkinson And Hank Baskett: Red Carpet Couple

Jon And Kate Gosselin Talk Divorce

Kristen Stewart Takes A Tumble

Kim Kardashian And Reggie Bush: Transformers Lovers

Robert Pattinson Dubbed "Sexiest Man On The Planet"

Lindsay Lohan's Reality Show Excitement

Miley Cyrus Strikes A Provocative Pose

Britney Spears: Home, Sweet Home

Megan Fox Premieres "Transformers 2" In LA

Beyonce Shows Her Helping Hand, Rocks MSG

Katie Price Is A Handful

Kristen Stewart Gets Into Costume

Robert Pattinson Plugs Away At "Remember Me"

Jon And Kate Gosselin Initiate Divorce

Tom Cruise And Katie Holmes Cheer On Cameron Diaz

Chris Brown Given 5 Years Probation

Cameron Diaz Gets Her Star

Chris Brown: Ready For Court

Cristiano Ronaldo Enjoys Downtime In Portugal

George Clooney: Loving Italy

Kristen Stewart, Working With Joan Jett

Megan Fox's Heartfelt Apology

Jennifer Aniston: "Bounty Hunter" Undies Flasher

Farrah Fawcett: Back In The Hospital

Jessica Simpson Lands "The Price Of Beauty"

Miranda Kerr: Salon Sweetheart

First thing first, Kellys new show sucks big time..If u..

**popqueen** said...

I saw her on the Today show she rocked it....

**Kimberly** said...

This is so stupid. They aren't keeping their distance from..

**Lauren** said..

American Pie???? Don't you mean American Beauty?????

**Gary** said...

Whats horseback shopping.

**Sherrie** said...

We Louvre you Rock Star Perry.How we never heard Steve..

**oops** said..

oops you did! my bad. had 2 windows open. cute.

**Gary** said...

slow down drop zone highway ahead dangerous curves speed limit..

**Hey GG** said...

I think you guys should blur personal info like license..

Copyright © 2003-2009 Brand Technologies / Celebrity-Gossip.net, All Rights Reserved | Celebrity Gossip & Entertainment News Leaders ®

Site Design & Programming: Incendia Technologies | Privacy Policy | Disclaimer | RSS 2.0 | Advertising Info

# Exhibit F

Robert Pattinson hides under an umbrella as he leaves a make-up trailer on the set of his n...   Page 1 of 3





subscribe now  GossipGirls
click here>  amazonkindle

Google

○ Gossip Girls ○ Web    [Search]

Get FamilyTalk with Rollover. Only from AT&T.
Add a line for only $9.99
START SAVING
at&t

TUESDAY, JUNE 16, 2009

## Robert Pattinson: Bruised Up On The Set



Showing his dedication to his craft, Robert Pattinson was seen relentlessly working on his new movie "Remember Me" this afternoon (June 16).

Sporting fake cuts and bruises, the "Twilight" stud sported a blue shirt and a backpack as he chatted with the people on the New York City set, smiling and laughing often.



replay
Hands-Free Package for
FREE!
•Free Moto™ EM330
•Free BLUETOOTH® headset
•Free priority shipping
•Free car charger
•Free case
Shop Now
at&t

And it sounds like Robert has yet another female admirer, as a source recently revealed that Megan Fox has the hots for the British hunk.

According to rumors, "Megan was totally into [Rob] and thought he was really cute. But nothing ever went further than one night they were together. He totally blew her off."

But Miss Fox claims, "I mean, he's outrageously attractive — he's like a very pretty man. I've never been in a room with him though so those rumors aren't true .. Although, you know every other girl on the planet wishes that it was but I didn't have the opportunity so.. "



ever after

Create a gift registry that's a unique mix. It's so rewarding with our Registry Star Rewards program.



the magic of
★ macys
macysweddingchannel.com

### CATEGORIES

Celebrities (By Name)

Photo Gallery (NEW!!!)

Video Gallery

MySpace Celebs

Celebrity Kids

Celebrity Babies

Celebrity Couples

Pregnant Celebrities

Celebrity Breakups

And The Winner Is...

Star Style

Celebrity Legal

### LATEST HEADLINES

Jon Gosselin: Post-Divorce Daddy Duties

Megan Fox: Getting Used To The Attention

Kate Gosselin Steps Out Following Divorce News

Brenda Song: "Transformers" Red Carpet Cutie

LeAnn Rimes: Saddened Over Tabloid Treatment

Elisabeth Hasselbeck Faces Lawsuit

Beyonce And Jay-Z: Late Night Lovers

Aubrey O'Day Weighs In On Chris Brown

Bradley Cooper: Playing The Field?

Blonde Lily Allen Dines Out With Ex

Shia LaBeouf: "Revenge Of The Fallen" Stud

Jude Law: Wound Up At Wimbledon

Kristin Cavallari: Pretty In Pink

Taylor Momsen Turns Up For "Transformers"

Ed McMahon Passes Away At 86

### TOP SEARCHES

1) Audrina Patridge Pics

2) Megan Fox

3) Miley Cyrus

4) Lindsay Lohan Bikini Pics

5) Britney Spears Videos

6) Jennifer Aniston Bikini Pic

7) Music Videos

8) GossipCenter

9) Celebrity Profiles

Robert Pattinson Pictures

Enjoy the pictures of Robert Pattinson bruised on the set of "Remember Me" (June 16).

## Article Pictures (Click To Enlarge):

   

   

**Photo Credit:** Wenn.Com, INF Daily

**Bookmark This Story | Share With A Friend**

[ SHARE ]

Add our expertise to
your Google web searches
**Google**

Posted By Kayla At 01:02 PM

View All Articles Authored By: Kayla

Related Categories ♥ Celebrities ♥ Robert Pattinson ♥ Celebrity Sightings ♥ Movie News ♥ Star Style

**Link To This Story**

```
<a href="http://www.celebrity-
gossip.net/celebrities/hollywood/robert-pattinson-
bruised-up-on-the-set-214693/">Robert Pattinson:
Bruised Up on the Set</a>
```




Leave a Comment
Click Here

### COMMENTS

Its Great To See New Pics And That He Is Still Laughing After Yesterdays Mobbing.Looks Great As Always.I Just Wish That The Fans Would Have More Respect And Remember That He Is Still Just Another Human-Being Trying To Do His Job.Although Most Of Us Would Love To Meet Him.  Remember That It Has To Be Very Stressful To Deal With Not Being Able To Even Walk Outside.Come On Now Do You Really Want To Be The Fan That Sends Him To The Mental Ward.He Has Been Great In Dealing With The Over Night Stardom Lets Not Drive Him Away.Please Have A Little Respect.The Media Is Enough He Doesn't Need Every Crazy Person In The World Mauling Him Too.I Love Rob And His Work And Hope To See More But Am Very Afraid That If This Continues We May Not Get To..

Posted By Girlsmom0408  On  06/16  At  02:02 PM

---

Celebrity Medical

Celebrity Pets

Celebrity Real Estate

Celebrity Scandals

Celebrity Sightings

Weddings & Engagements

Movie News

Music News

Reality Television

Television

**Sign-Up For Celebrity Newsletter**

Enter Email:

submit


**Unpublished Photos of Marilyn Monroe**
Collection discovered by Life.com last ...


**Michelle McCool Summer Photoshoot**
The most exciting pictures...


**Jessica Biel In A Bikini**
That body...

---

10) Robert Pattinson


FOX NEWS.com
Fox Entertainment News

Maxim Monday: Cameron Richardson on Defeating New York's Am

Blogger Perez Hilton Says Black Eyed Peas Posse Assaulted Hi

Legendary Television Host Ed McMahon Dead at 86

Megan Fox Suffers Anxiety Attacks Seeing Herself On Screen

Rihanna Expected In Court Hearing Against Chris Brown

## SITE NAVIGATION

Home

Archives

Submissions

Advertising

Contact Us

 Syndication

Partner Links

Disclaimer

» Blogs that link here

» View my profile

Technorati

Google
MY Yahoo!
>>Atom Feed

Robert Pattinson hides under an umbrella as he leaves a make-up trailer on the set of his n...   Page 3 of 3

Megan Fox Is Just Trying To Ride Roberts Fame. First She Said She Wasnt Into Him. That He Wasnt All That. That He Was To Young And She Didnt Like Young Guys. And Now She's Into Him. Come On.

Posted By Na  On  06/16  At  07:11 PM

Page 1 Of 1 Pages

Top Of Page

<< Back To Main Page

Copyright © 2003-2009 Brand Technologies / Celebrity-Gossip.net, All Rights Reserved | Celebrity Gossip & Entertainment News Leaders ®

Site Design & Programming:  Incendia Technologies | Privacy Policy | Disclaimer | RSS 2.0 | Advertising Info

# Exhibit G

**Celebrity Scandals: The Gossip Girls**
**You are viewing a feed that contains frequently updated content.** When you subscribe to a feed, it is added to the Common Feed List. Updated information from the feed is automatically downloaded to your computer and can be viewed in Internet Explorer and other programs. Learn more about feeds.

✢ Subscribe to this feed

## Michael Jackson: The 9-1-1 Call

Today, June 26, 2009, 5:45:00 PM

While the details surrounding his death are still being sought, a transcript from the frantic 9-1-1 call attempting to save Michael Jackson's life has just been released.

In the call placed from Michael's Hornby Hills mansion, the caller says, "He's not breathing!" before continuing to press the operator for assistance.

"We have a gentleman who needs help," the still unidentified caller continued in a desperate manner.

Making sure not to say Jackson's name over the phone, the 9-1-1 caller stated that a 50-year-old male was receiving CPR by his personal doctor, telling, "He's pumping his chest and he's not responding."

Shortly thereafter, Jackson was pronounced dead at UCLA Medical Center. An autopsy is currently underway, with results to be released as available.

## Farrah Fawcett's Fight to the End

Today, June 26, 2009, 5:19:00 PM

Although her battle against cancer is over, Farrah Fawcett never showed signs of giving up the fight.

According to her physician, Dr. Lawrence Piro, "We did what she wanted to do, which was to fight until it was over. It wasn't until the last days when the organ function was not retrievable that we knew, and she knew, that comfort measures were the main things to be done."

It was her Catholic faith that helped the 62-year-old through the ordeal. Piro says. "She was very spiritual. Definitely for the last six months she slept with a large rosary in her bed all the time."

A private memorial service for Fawcett is scheduled for Tuesday.

## Michael Jackson: Autopsy Underway

Today, June 26, 2009, 5:18:00 PM

While police are trying to get ahold of Michael Jackson's doctor for a second interview, an autopsy was started Friday morning (June 26) to resolve the exact cause of his death.

According to the latest reports, Los Angeles County's top end medical examiner will be performing the

# Exhibit H




**GOSSIPCENTER**
Entertainment News Leaders

Surround yourself

at&t

| HOME | CELEBRITY PROFILES | PHOTO GALLERY | VIDEO GALLERY | ADVICE COLUMN | LATEST GOSSIP | FASHION CENTRAL | GG GOSSIP BLOG | GG MOBILE NEWS | MOVIE REVIEWS | MUSIC REVIEWS | TICKET STORE |

Celebrity Gossip & Entertainment News Leaders ©                Tuesday, June 23, 2009

# A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

Search


**Jon Gosselin: Post-Divorce Daddy Duties**
As his now ex-wife Kate visited a local dealership garage,...


**Megan Fox: Getting Used to the Attention**
The belle of the ball, Megan Fox was the center...


**Kate Gosselin Steps Out Following Divorce News**
Fresh of of her big announcement last night, Kate Gosselin...


**Brenda Song: "Transformers" Red Carpet Cutie**
Stepping out for a night on the red carpet, Brenda...

**Check Out More News >>**


**Robert Pattinson Dubbed "Sexiest Man on the Planet"**
Working well into the night, Robert Pattinson was busy filming...


**Kristen Stewart Takes a Tumble**
Not too far removed from Robert Pattinson's close call with...


**Miley Cyrus Strikes a Provocative Pose**
Never shy about striking a provocative pose, Miley Cyrus has...


**Robert Pattinson Plugs Away at "Remember Me"**
Back on the set of his latest project, Robert Pattinson...


**LeAnn Rimes: Saddened Over Tabloid Treatment**
Out taking care of the day's errands, LeAnn Rimes was...


**Elisabeth Hasselbeck Faces Lawsuit**
She's never afraid to stir up some drama, and now...

## Beyonce and Jay-Z: Late Night Lovers



Click here to read the story and see other pictures    2/10  ◄ ‖ ►

# Latest Entertainment News
## Jon Gosselin: Post-Divorce Daddy Duties

Posted June 23rd, 2009

As his now ex-wife Kate visited a local dealership garage, Jon Gosselin tended to his fatherly duties just one day after the former couple's big divorce announcement.

The "Jon and Kate Plus 8" daddy was spotted outside of his Reading home on Tuesday morning (June 23), walking along with a few of the kiddies and the family pooch.

Photo Credit: SplashNewsOnline.com

**Click To Finish The Article>>**

Tags: Kate Gosselin, Jon Gosselin, Celebrity Sightings, Reality Television, Star Style
ShareThis


**Robert Pattinson**
Occupation: Actor / Model
Birth Date: May 13, 1986...


**Kristen Stewart**
Occupation: Actress
Birth Date: April 9, 1990...


**Miley Cyrus**
Occupation: Actress / Singer
Birth Date: November 23, 1992...


**Megan Fox**
Occupation: Actress
Birth Date: May 16, 1986...

**More Top Celeb Profiles >>**


**Kristen Stewart**
Out at the studio - June 22, 2009...


**Kristen Stewart**
Out at the studio - June 22, 2009...


**Kristen Stewart**
Out at the studio - June 22, 2009...


**Kristen Stewart**
Out at the studio - June 22, 2009...

**More Top Celeb Photos >>**


**Robert Pattinson shoots a kissing scene with co-star Emilie de Ravin on the set of their movie "Remember Me"**

**Miley Cyrus and Nick Jonas Sing**

The Gossip Center



**Beyonce and Jay-Z: Late Night Lovers**
Winding down after a hard day's work, Beyonce Knowles and...

**Aubrey O'Day Weighs In On Chris Brown**
She loves swanky, star studded events, so it's no wonder...

**Bradley Cooper: Playing the Field?**
Just when we thought there was a match made in...

**Blonde Lily Allen Dines Out with Ex**
Reuniting with her ex for a dinner on the town,...

**Check Out More Gossip >>**



Is Robert Pattinson the sexiest man on the planet :

○ Yes, he is so hot
○ No way
○ Don't really care

[Vote]

GOSSIPCENTER **JOIN NOW! CLICK HERE!**
Already a Member? Sign In!

[Submit Email]

Google
MY YAHOO!
>>Atom Feed

**Their Hearts Out**

**ShowBiz Minute: Brown, Gosselin, McConaughey**

**Transformers 2 premiere**

**More Top Celeb Videos >>**



Suave
PROFESSIONALS

Suave
PROFESSIONALS

www.suave.com

Filming scenes for "The Runaways,"the "Twilight" actress was sprinting along

ABOUT GG   CONTACT US   GG PARTNERS   PRESS RELEASE   MEDIA REQUESTS   ADVERTISE WITH US   TERMS & CONDITIONS   PRIVACY POLICY

Copyright © 2003-2008 Gossip Center / Gossipcenter.com & Celebrity-Gossip.net. All Rights Reserved | Entertainment News Leaders ©

# Exhibit I

Gossip Girls Daily Advice | The Gossip Center                                    Page 1 of 3

 

| HOME | CELEBRITY PROFILES | PHOTO GALLERY | VIDEO GALLERY | ADVICE COLUMN | LATEST GOSSIP | FASHION CENTRAL | GG GOSSIP BLOG | GG MOBILE NEWS | MOVIE REVIEWS | MUSIC REVIEWS | TICKET STORE |

Celebrity Gossip & Entertainment News Leaders ©                          Tuesday, June 23, 2009

**Quote Of The Day**

"Kate and I have decided to separate. It's just not good for us to be arguing in front of our kids."

— Jon Gosselin

Get your hands on the new Nokia N97    NOKIA Connecting People   Buy now

# A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

[Search]


**Cameron Diaz Kicks It with Conan**
Not long after receiving her star on the Hollywood Walk...


**Sarah Jessica Parker Welcomes Baby Twins!**
Adding to the Hollywood baby boom, Sarah Jessica Parker and...


**Jon Gosselin: Post-Divorce Daddy Duties**
As his now ex-wife Kate visited a local dealership garage,...


**Megan Fox: Getting Used to the Attention**
The belle of the ball, Megan Fox was the center...

**Check Out More News >>**


**Robert Pattinson Dubbed "Sexiest Man on the Planet"**
Working well into the night, Robert Pattinson was busy filming...


**Kristen Stewart Takes a Tumble**
Not too far removed from Robert Pattinson's close call with...


**Miley Cyrus Strikes a Provocative Pose**
Never shy about striking a provocative pose, Miley Cyrus has...


**Robert Pattinson Plugs Away at "Remember Me"**
Back on the set of his latest project, Robert Pattinson...


**Kate Gosselin Steps Out Following Divorce News**
Fresh of of her big announcement last

**SUBMIT YOUR QUESTION FOR THE AMBASSADOR HERE!**

# Gossip Girls Daily Advice

**Question:**

I recently graduated a semester early from high school (after spending a year abroad in Europe). and I feel so disconnected from my friends. I'm in college now and everything that they do just seems so high school. Now, I'm a popular girl, and I have many friends from different friend groups who are a lot more mature, but my close group of friends no longer understands me. The girl I would have considered my closest friend (who also went on exchange in Europe and also graduated early) barely ever speaks to me anymore, and I'm always the one who initiates get togethers between us.

Click Here To View

**Question:**

How can I tell my ex that i still like him? he has a girl now but i still liek him. he doesn't even want to talk to me

-chaparrita

Click Here To View

**Question:**

So I am a pretty popular person, like I have a lot of friends, many guys from other schools, and I have a mac, so I can video chat with a lot of people at the same time, and through these past few years, me and my best friend for 5 years have been getting in a lot of disagreements about many different things, and I try to avoid confrontation with her as much as possible, so I don't try to blow up stupid things that bother me. but like I said, I am a social girl, and so I video chat with my best friend everyday because she just got a macbook last month. and trying to be social, I invite my guy

Click Here To View

**Question:**

Ok. I met this guy online and we added eachother on facebook to see eachother. My first thought of him was he's not that attractive. Somehow we continued havong conversations via aim and eventually over the phone. I really like his personality but i dont know if I could get over the way he looks. The guy lives on the east coast and I live in the south. we are many many miles seperated. My friend said I wont really know how i feel about his looks till i meet him in person. But wouldnt it ba a waste for him to come to where im at and im just not into his looks. I really dont know what to do.

Click Here To View

**Question:**

I have my so called BFF and we're like twins. But the things that i want. and don't get. go's to her. And she doesn't even realized how hurt I am. I




**Robert Pattinson**
Occupation: Actor / Model
Birth Date: May 13, 1986...


**Kristen Stewart**
Occupation: Actress
Birth Date: April 9, 1990...


**Miley Cyrus**
Occupation: Actress / Singer
Birth Date: November 23, 1992...

**Megan Fox**
Occupation: Actress

Gossip Girls Daily Advice | The Gossip Center                                     Page 2 of 3

night, Kate Gosselin...



**Brenda Song: "Transformers" Red Carpet Cutie**
Stepping out for a night on the red carpet, Brenda...



**LeAnn Rimes: Saddened Over Tabloid Treatment**
Out taking care of the day's errands, LeAnn Rimes was...



**Elisabeth Hasselbeck Faces Lawsuit**
She's never afraid to stir up some drama, and now...



**Beyonce and Jay-Z: Late Night Lovers**
Winding down after a hard day's work, Beyonce Knowles and...



**Aubrey O'Day Weighs In On Chris Brown**
She loves swanky, star studded events, so it's no wonder...

**Check Out More Gossip >>**

**Is Robert Pattinson the sexiest man on the planet :**

○ Yes, he is so hot
○ No way
○ Don't really care

 Vote

don't want to tell her that she's so insensitive, no offense, 'cause she cries and then get mad and etc., etc. I always think she's insecure 'cause I think and know she is! For me, she's like a Serena Vanderwoodsen and Blair Waldorf mixed together! I know I'm not supposed to be back stabbing her like this, but she's such a total pain. I missed her 'cause I backed off our group. But, I don't wanna go back 'cause another girl in our group

Click Here To View

**Question:**
Dear Kait,
Can you settle a disagreement between my mom and I? She says if I am building a long distance relationship with a guy, we should talk on the phone not just text. I say texting is enough to get to know eacholher. She thinks conversation helps get to know eachother better.
What do you think?

-Texting Tasha

Click Here To View

**Question:**
There is this guy that likes me he and I work for the same company and so does his wife, however we are in 3 different location totally meaning different building in the city. There appears to be a problem with he and his wife's relationship for he appears interested in me. He's not approached me in a dating or sexual relationship, but he offers to help me with little projects around the house. He makes little comments but I don't respond I just play them off. He has even stated that he like me 10 years ago but I was married @ the time, now the table has rotated and he's married.

Click Here To View

**Question:**
I am single and seem to have a hard time meeting someone. I mainly go to work; church and home. I am *attractive, slender build about 120 pds, shoulder lenght hair and and a professional and have no baggage. I am independent, the problem seems to be that all guys are taking and the ones that are up in my face have either been married or in a relationship. Problem meeting guys is the delima. I guess because I done get out much socially. Most of my friends are married so there goes the hanging out!!!

Elsie

Click Here To View

**Question:**
i like this guy and he likes me too. he told me i make him feel like "he's on top of the world." thats just us talking. we don't do anything. butt... we know we like each other and the downfall is he has a girlfriend. should I give up and forget him.? should I talk to his girlfriend about this.? is he juss telling me bull***t.? can you help me im sort of confused..

Marie

Click Here To View

**Question:**
Dear Kait,
I've grown to get feelings for an upperclassmen to me. I'm a sophmore, he's a senior, which is a semi-unheard of relationship. I confessed to him, and although he has yet to give a response, i know it's a big decision. He's very touchy about dating friends
Prom's coming up, and I've got my friends, and a couple of his, cohorting behind my back, trying to get him to ask. I don't know if he will. He's going to another prom, but never explained any further than that.

Click Here To View



Birth Date: May 16, 1986...

**More Top Celeb Profiles >>**



**Kristen Stewart**
Out at the studio - June 22, 2009...



**Kristen Stewart**
Out at the studio - June 22, 2009...



**Kristen Stewart**
Out at the studio - June 22, 2009...



**Kristen Stewart**
Out at the studio - June 22, 2009...

**More Top Celeb Photos >>**



**Robert Pattinson shoots a kissing scene with co-star Emilie de Ravin on the set of their movie "Remember Me"**



**Miley Cyrus and Nick Jonas Sing Their Hearts Out**



**Jon and Kate Gosselin say they're divorcing**



**ShowBiz Minute: Brown, Gosselin, McConaughey**

**More Top Celeb Videos >>**


Already a Member? Sign In

Submit Email


>>Atom Feed

1 | 2 | 3 | 4 | 5 | ... | next › | last(29) >>

Gossip Girls Daily Advice | The Gossip Center

Page 3 of 3

ABOUT GG    CONTACT US    GG PARTNERS    PRESS RELEASE    MEDIA REQUESTS    ADVERTISE WITH US    TERMS & CONDITIONS    PRIVACY POLICY

Copyright © 2003-2008 Gossip Center / Gossipcenter.com & Celebrity-Gossip.net. All Rights Reserved | Entertainment News Leaders ©

# Exhibit J



  

## ☆ Latest Celebrity Sightings ☆

**HOME** | **PHOTOS** | **VIDEOS** | **CELEB SEARCH**

### Contact Celebrity Gossip

Got a hot tip for us?

Media Inquiries:
**inquiries@gossipgirls.com**
Available for Interviews & Comments

Send Tips, Stories & News to:
**tips@gossipgirls.com**

Advertising Opportunities:
**ads@gossipgirls.com**

## Latest Headlines

Michael Jackson: The 9-1-1 Call

Farrah Fawcett's Fight To The End

Michael Jackson: Autopsy Underway

Elizabeth Taylor Collapsed Following Tragic News

Lisa Marie Presley Talks About Michael's Life, Death

Nicole Kidman Loves Her Dad

Jessica Simpson's Utopic Hudson Cruise

Michael Jackson's Doctor Sought For Questioning

Megan Fox To Meet Flower Boy

Kendra Wilkinson: Ready To Get Married

Ellen Pompeo And T.R. Knight: Shopping Mates

Rihanna And Chris Brown Say No To No-Contact

Kristin Cavallari Makes It A Madeo Night

Michael Jackson's Struggles With Addiction

Johnny Depp: Da Silvano Diner

## Categories

Celebrities (By Name)

Photo Gallery

Video Gallery

MySpace Celebs

Celebrity Kids

Celebrity Babies

Celebrity Couples

Pregnant Celebrities

Celebrity Breakups

And The Winner Is...



Learn ways to help your kid succeed in school at

**Mom's Homeroom** on msn.com

click here



Join the conversation with other moms.



## Top Searches

1) Audrina Patridge Pics

2) Megan Fox

3) Miley Cyrus

4) Lindsay Lohan Bikini Pics

5) Britney Spears Videos

6) Jennifer Aniston Bikini Pic

7) Music Videos

8) GossipCenter

9) Celebrity Profiles

10) Robert Pattinson

Celebrity Gossip and Hollywood Gossip News Leaders



Although her battle against cancer is over, Farrah Fawcett never showed signs of giving up the fight.

According to her physician, Dr. Lawrence Piro, "We did what we wanted to do, which was to fight until it was over. It wasn't until the last days when the organ function was not retrievable that we knew, and she knew, that comfort measures were the main things to be done."

continued...

posted by Kayla at 01:19 PM | comments | permalink
categories ♥ celebrities ♥ farrah fawcett ♥ R.I.P.



## Michael Jackson: Autopsy Underway



While police are trying to get ahold of Michael Jackson's doctor for a second interview, an autopsy was started Friday morning (June 26) to resolve the exact cause of his death.

According to the latest reports, Los Angeles County's top end medical examiner will be performing the procedure.

continued...

posted by Kayla at 01:18 PM | comments | permalink
categories ♥ celebrities ♥ michael jackson ♥ celebrity medical ♥
celebrity scandals ♥ P.I.P.

Photo Credit: Wenn.com

| Video Gallery | 7) Music Videos |
| MySpace Celebs | 8) GossipCenter |
| Celebrity Kids | 9) Celebrity Profiles |
| Celebrity Babies | 10) Robert Pattinson |
| Celebrity Couples | |
| Pregnant Celebrities | **Sign-Up For Celebrity Newsletter** |
| Celebrity Breakups | Enter Email: |
| And The Winner Is... | |
| Star Style | |
| Celebrity Legal | submit |
| Celebrity Medical | |
| Celebrity Pets | |
| Celebrity Real Estate | |
| Celebrity Scandals | |
| Celebrity Sightings | |
| Weddings & Engagements | |
| Movie News | |
| Music News | |
| Reality Television | |
| Television | |



### SITE NAVIGATION

Home
Submissions
Advertising
Contact Us
Syndication
Partner Links
Disclaimer



**Introducing: Bikini Jeans**
Hot new fashion?



**Season 8 CW Connect with Erica Durance**
Erica continues to...



**50 Celebrities Then & Now**
Yikes!



**FOX** NEWS.com

Fox Entertainment News

**Actress Farrah Fawcett Dead at 62**

**Tape of 911 Call Released as Jackson Autopsy Under Way**

**New Book Claims Jacqueline Kennedy Seduced Marlon Brando**

**Hollywood in Mourning: Stars Pay Tribute to Farrah Fawcett**

**Perez Hilton Sues Peas Manager for Battery**

More From Fox News

› Blogs that link here
› View my profile

Technorati


Google
MY YAHOO!
>> Atom Feed

# Exhibit K

June 23, 2009

 Search

# The #1 niche social networking company

Home   Sparks   Capabilities   Latest Innovations   Marketplace   Events and Press Releases   Contact Us



**Gossipgirls.com**

The Internet's #1 Celebrity News site

▸ Built and hosted on Incendia Technology Platform
▸ Cloud Computing and CDN Integration
▸ Industry Leader Website

Contact Us

We Deliver          High Conversions          More Advances          Social Networks

## Welcome to the Next Generation of Web

Incendia Media is a next generation online media and publishing company that specializes in building targeted audiences through niche specific social networking sites. We create real communities around authentic brands that emotionally connect with our users.

We create the technology for social networking and develop authoritative, content driven, high traffic web site properties, while building significant brand equity.

We build strong revenues through niche specific advertising and e-commerce marketplaces.

### Incendia Media Builds...

**Great Brands**
Every Incendia Media site whether social network or client work is built around a strong brand. Brands are the fires that keep burning in a customer's mind long after they have left the site or gone home for the day.

**Social Networks**
We offer full video capabilities. RSS feeds, downloadable iPod videos, Miro channels, full Social Networking, Groups, Forums and a whole lot more.

**Original Content**
No rehashed content here. We employ our own subject matter experts, writers, video producers and photographers to maintain the highest standards of content quality and diversity.

## Now... from the Incendia Media Network

## USER LOGIN

Login/Register

## OUR WORK



**Tymphany.com**

◄ view more images ►

Tymphany was a rapid turnaround web property with a really b CMS focus. They had a tradeshow deadline to launch their new brand + website, and Incendia delivered!

Read More

Tymphany.com ▼

## OUR SOCIAL NETWORKS

June 26, 2009



# The #1 niche social networking company

Home   Sparks   Capabilities   Latest Innovations   Marketplace   Events and Press Releases   Contact Us

Home

## Contact Information

If you want an audience to listen, get involved and be passionate about your products, brands or ideas then you need to start the fire with Incendia Media.

Our team is ready to answer any questions you may have.

By Phone: 1-877-824-6514 or 1-805-277-4710

Email: team-incendia AT incendiamedia.com

MSN: incendiamedia AT live.com
Yahoo & AOL: incendiamedia

Mail:
648 W. El Roblar
Ojai, CA 93023
United States

## Contact

You can leave a message using the contact form below.

Your name: *

Your e-mail address: *

Subject: *

Category: *
Contact Incendia

Message: *

[ Send e-mail ]



## USER LOGIN

Login/Register



## OUR SOCIAL NETWORKS



Brofessional.com

Where Bro's become Pro's! An amazing men's social network devoted to helping men keep their personal identity while becoming more professional in business and life. This large social network brings key information in quick, relevant, bite sized chunks that

Read More



## WHO'S TALKING

# Exhibit L

California Business Search                                                      Page 1 of 1

# California Business Portal

**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of Jun 19, 2009 and is updated weekly. It is not a complete or certified record of the Limited Partnership or Limited Liability Company.

| LP/LLC | | |
|---|---|---|
| FOX NEWS NETWORK, LLC | | |
| **Number:** 199722510032 | **Date Filed:** 8/13/1997 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| **Address** | | |
| 10201 WEST PICO BLVD ATTN: TAX DEPT | | |
| LOS ANGELES, CA 90035 | | |
| **Agent for Service of Process** | | |
| GARY ROBERTS | | |
| 10201 WEST PICO BLVD ATTN: TAX DEPT | | |
| LOS ANGELES, CA 90035 | | |

Blank fields indicate the information is not contained in the computer file.

If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report. Fees and instructions for ordering a status report are included on the Business Entities Records Order Form.

# Exhibit M

Glam Media . Contact Us . Location

Page 1 of 1

Publisher Login
Glam.com  Brash.com

HOME   ABOUT US   ADVERTISERS   PUBLISHERS   PARTNERS   DEVELOPERS   CONTACT US

**CONTACT US**

◌ Contact Info
◉ Location
◌ Jobs



Glam Media
650.244.4000

**Have Glam Media Contact You**
Info@GlamMedia.com

**Apply Now**
Become a member of the Glam
Publisher Network!

**Global Contacts (Sales)**
Domestic U.S.

East Coast:
P: 1.646.205.7008

Central:
P: 1.312.640.5999

West Coast:
P: 1 650.244.4000 x249

**International**
Email:
international@GlamMedia.com

UK:
P: + 44 (2).07.299.1480
E: uksales@GlamMedia.com

Canada:
P: 1.416.368.6800
E: casales@GlamMedia.com

Australia:
P: 1.646.205.7008
E: ausales@GlamMedia.com

Germany:
P: +49.69.41.11.84.110
E: germanysales@GlamMedia.com

Japan:
P: +81.3.6402.5150
E: jpsales@glam.co.jp

**West Coast Office**

Glam Media, Inc
8000 Marina Boulevard
Suite 130
Brisbane, CA 94005
Phone: 650-244-4000
Fax: 650-244-4004
View Map

**Central Office**

Glam Media, Inc
645 North Michigan Ave.
Suite 800
Chicago, IL 60611
Phone: 312-274-5535
View Map

**East Coast Office**

Glam Media, Inc
150 W. 30th St.
Suite 1001
New York, NY 10001
Phone: 646-205-7022
View Map

**European Offices**

Glam Media, UK
26 Eastcastle St.
London
W1W 8DQ
Phone: +44 (0) 207 2991 480

Glam Germany
Glam Media GmbH
Kolosseumstr. 1
80469 München
Phone: +49 (0) 8 94 161 9144

Glam Japan
4-1-10 4F Toranomon, Minatu-Ku
Tokyo 105-0001
W1W 8DQ
Phone: +81 3 6402 5150

Glam Canada
B-Scene Media Inc.
675 King Street West Suite 303
Toronto, Ontario
Canada M5V 1M9
Phone: 416 368 6800

About Us | Advertisers | Publishers | Partners | Contact Us | Privacy & Security | Terms of Use | Copyright Policy ⊠ RSS
Feeds

© 2009 Glam Media. all rights reserved.

# Exhibit N



  

subscribe no
GossipGirls
amazonkindle

| HOME | CELEBRITY PROFILES | PHOTO GALLERY | VIDEO GALLERY | ADVICE COLUMN | LATEST GOSSIP | FASHION CENTRAL | GG GOSSIP BLOG | GG MOBILE NEWS | MOVIE REVIEWS | MUSIC REVIEWS | TICKET STORE |

Celebrity Gossip & Entertainment News Leaders ©

Wednesday, J

**Quote Of The Day**

"I've said it before, he's a really good kisser."

— Megan Fox



# A B C D E F G H I J K L M N O P Q R S T U V W X Y Z


**Ashley Tisdale and Scott Speer: LAX Arrival**
She's been traveling the globe on a promotional effort, and...


**Kate Gosselin: Adjusting to the Single Life**
Doing her best to continue along following her marriage's unraveling...


**Demi Lovato Checks In with Alexa Chung**
Out promoting "Princess Protection Program," Demi Lovato was spotted out...


**Rachel Hunter Devastated as Fiance Cancels Wedding**
Making for quite the difficult situation, Rachel Hunter will no...

**Check Out More News >>**


**Kristen Stewart and Dakota Fanning: "The Runaways"**
Having both arrived to the set earlier in the day,...


**Fantasy Family: Edward & Bella Cullen's son Calvin**
When Bella Swan arrived in Forks, WA she felt a...


**Robert Pattinson: Bloody on the Set!**
Making for quite the action packed evening of filming, Robert...


**Robert Pattinson: Enjoying Time in NYC**
Putting in another day's work, Robert Pattinson was back out...


**Katie Price Defends Partying Ways**
Back home from her recent vacation in Ibiza, Katie Price...


**Kevin Federline and Victoria Prince: Golf Date**
Back home in California after following ex-wife Britney Spears around...

## Gossip Girls Mobile Phone Version

Gossip Girls is proud to announce the launch at its new mobile phone website. Gossip Girls partnered with Quattro Wireless to create the most advanced entertainment news website for mobile phone users (you). Quattro is the leading mobile phone development company in the world, and its exclusive client list includes CBS News, NFL, NBA, Boston Herald, and many other household names. To visit the Gossip Girls mobile website on you phone, just go to:

## www.gossipgirls.com

- Latest Entertainment News Updated 24/7
- Hottest Pics in High Resolution on Your Phone
- Top Ranked Entertainment News Mobile Website
- 100% FREE to Everyone, Including YOU!



FEEDING AMERICA
Formerly named America's Second Harvest
LEARN MORE
Ad Council


**Kristen Stewart**
Occupation: Actress
Birth Date: April 9, 1990...


**Robert Pattinson**
Occupation: Actor / Model
Birth Date: May 13, 1986...


**Dakota Fanning**
Occupation: Actress
Birth Date: February 23, 1994...


**Megan Fox**
Occupation: Actress
Birth Date: May 16, 1986...

**More Top Celeb Profiles >>**

**Kristen Stewart**
Out for "The

# Exhibit O

BLOG: In Tec Q  



"300 MILLION PEOPLE HAVE MOBILE PHONES IN NORTH AMERICA. QUATTRO CAN PUT YOUR BRAND ON EVERY ONE OF THEM."

Contact

## Contact

**Quattro Wireless**

260 Charles Street
4th Floor
Waltham, MA 02453
(781) 209-4030

Quattro Wireless is headquartered in Waltham, MA. Quattro Wireless has satellite offices in New York, Los Angeles, San Francisco, Chicago and Toronto.

**Publisher Contact**

For inquiries, please contact Lars Albright at:
lalbright@quattrowireless.com

**Business Development**

For inquiries, please contact Lars Albright at:
lalbright@quattrowireless.com

**Ad Sales**

For ad sales inquiries, please contact Steven Rosenblatt at:
srosenblatt@quattrowireless.com

**Press**

For press inquiries, please contact:

**Quattro Wireless**
press@quattrowireless.com

**Global Results Communications**
quattro@globalresultspr.com

Valerie Christensen
Deirdre Sena
Global Results Communications
9 Corporate Park
Suite 250
Irvine, CA 92606
+1 949 608 0276 phone
+1 949 271 4680 fax

© QUATTRO WIRELESS 2008  ALL RIGHTS RESERVED  |  PRIVACY POLICY  |  ABOUT  |  CAREERS  |  CONTACT

# Exhibit P

Celebrity Video Archive

Video Gallery | Celebrity Gossip Blog Homepage | Photo Gallery





SAVE 30% OR MORE ON SAN DIEGO HOTELS
CLICK NOW TO START YOUR SAN DIEGO TRIP

## Video Listings By Artist/Celebrity Name

30 Seconds To Mars

50 Cent

Aaron Eckhart

Abbie Cornish

Abigail Breslin

Adam Sandler

Adnan Ghalib

Adrian Grenier

Adriana Lima

Adrienne Bailon

Aisha Tyler

Aj Michalka

Akon

Alanis Morissette

Alec Baldwin

Alessandra Ambrosia

Alex Rodriguez

Ali Larter

Ali Lohan

Alicia Keys

ORDER
**DIGITAL CABLE**
NOW!
**CLICK HERE!**



TIME WARNER
C A B L E

CABLE  +  HIGH SPEED ONLINE  +  DIGITAL PHONE

**Newest Videos:**

- Michael Jackson's friend Liza Minnelli praises him
- Billboard Presents Back Door Slam
- Billboard Presents Meiko
- Zadzooks: The Bigs 2 and Prototype video games
- Jeff Buckley lives on
- Michael Jackson's legacy to music
- Coroner begins Jackson autopsy in Los Angeles
- Keri Hilson Goes Urban With Wet Seal - HipHollywood.com
- Showbiz Week: Jackson and Fawcett dead
- A look back at the life of Michael Jackson, the "King of Pop"
- Michael Jackson Dies
- ShowBiz Minute: Jackson, Fans, Fawcett
- Shia LeBeouf Makes a Love Connection on the TODAY Show
- Rainy day for Robert Pattison on the set of Remember Me
- Exclusive: Kendra's Wedding Countdown
- Rosie Gets Ready for Radio
- Is there life after Potter?
- Michael Jackson dead at 50
- Video Essay: Celebrating Michael Jackson
- Us Musts: Nurse Jackie, Entourage, Plus Hung!
- Remembering Michael Jackson
- Michael Jackson Dead At 50
- Thu, Jun 25, 2009
- From MTV to the Moonwalk, Jackson was Master of Pop
- Dick Clark:  Michael Was the Most Outstanding

# EXHIBIT Q



Find sites about

Home   Top Sites   **Site Info**   Hot Urls   Toolbar   For Site Owners



celebrity-gossip.net

Get

### celebrity-gossip.net
Celebrity Gossip: Entertainment News & Juicy Gossip - The Hip, Modern Girls Favorite Blog

| 3,622 | 3.5 min/day | 1,884 | 02-Dec-2003 |
|---|---|---|---|
| Traffic Rank ⑦ | Avg. Time on Site ⑦ | Sites Linking In ⑦ | Online Since ⑦ |

Traffic Stats   Contact Info   Related Links   Keywords   Clickstream   Demographics



Traffic Rank  Reach  Pageviews  Pageviews/User  Bounce %  Time on Site  Search %

**Daily Reach (percent)**
celebrity-gossip.net

Percent of global Internet users who visit celebrity-gossip.net:

| | |
|---|---|
| Yesterday | 0.031% |
| 7 day avg | 0.0312% |
| 1 month avg | 0.0287% |
| 3 month avg | 0.0245% |
| 3 month change | 16% ⇧ |

Compare to:                                      Compare

Learn more about Alexa Traffic Stats.

### Where people go on Celebrity-gossip.net:
83.2% celebrity-gossip.net
16.8% admin.celebrity-gossip.net

More

### Celebrity-gossip.net users come from these countries:
34.5% United States
6.9% India
4.0% United Kingdom
3.9% Germany
3.7% Canada

More

### Celebrity-gossip.net traffic rank in other countries:
2,748 Argentina
1,884 Australia
7,435 Austria
1,148 Bangladesh
1,135 Belarus
5,785 Brazil
1,556 Canada
21,577 China
2,500 Finland
3,337 France
7,414 Germany
4,103 Greece
3,976 India
5,842 Indonesia
9,980 Iran
2,069 Ireland
3,229 Italy
12,025 Japan
3,598 Malaysia
2,479 Mexico



### Can You Really Work Online At Home? We Investigate This Trend.
By: John B. Guiseman

For years we've all heard the stories of people making internet millions and now, it appears you don't have to be a technology guru at all to quickly get started making a decent income online. It's called *Google Money Master* and it's taking the internet and business communities alike by storm.

Wayback Machine
See how Celebrity-gossip.net looked in the past

6,341 Netherlands
2,565 Pakistan
2,086 Philippines
1,533 Poland
3,101 Romania
17,687 Russia
937 Serbia and Montenegro
2,658 South Africa
6,962 Spain
3,894 Turkey
2,932 United Kingdom
1,870 United States
2,071 Venezuela

Average Load Time for Celebrity-gossip.net

Very Slow (5.062 Seconds), 82% of sites are faster.

Is this your website?

Update your listing data using our Self-service tools.

Company    Help
About      FAQ's
Advertise  Tour
Jobs

Download the Alexa Toolbar!
Privacy Policy | Terms of Use
© Alexa Internet, Inc.
An amazon.com company



Find sites about

Home    Top Sites    Site Info    Hot Urls    Toolbar    For Site Owners

 Go


Click here to add
Alexa Web Search to
your list of search

FREE
Alexa Toolbar

Download the

Search    Site

msnbc.com
Get

**msnbc.com**
Msnbc.com

| 2,521 | 3.3 min/day | 12,245 | 15-Dec-1995 |
|---|---|---|---|
| Traffic Rank | Avg. Time on Site | Sites Linking In | Online Since |

Traffic Stats    Contact Info    Related Links    Keywords    Clickstream    Demographics



Traffic Rank   Reach   Pageviews   Pageviews/User   Bounce %   Time on Site   Search %

Daily Reach (percent)
msnbc.com

| | Percent of global Internet users who visit msnbc.com: |
|---|---|
| Yesterday | 0.038% |
| 7 day avg | 0.0522% |
| 1 month avg | 0.0459% |
| 3 month avg | 0.0435% |
| 3 month change | -3% |

Compare to:                                          Compare

Learn more about Alexa Traffic Stats.

**Where people go on Msnbc.com:**

65.8% nbcsports.msnbc.com
18.3% cagle.msnbc.com
8.7% scoreboard.msnbc.com
3.2% msnbc.com
1.5% redtape.msnbc.com
More

**Msnbc.com users come from these countries:**

82.9% United States
2.5% Canada
2.5% India
0.9% South Korea
0.8% United Kingdom
More

**Msnbc.com traffic rank in other countries:**

1,757 Canada
33,530 China
32,056 Germany
9,917 India
6,702 Indonesia
2,007 Philippines
4,140 South Korea
13,587 United Kingdom
623 United States

**Average Load Time for Msnbc.com**

Very Slow (11.836 Seconds). 97% of sites are faster.

**Is this your website?**

Update your listing data using our Self-service tools.


LEARN TO BE A
WEB TRAFFIC
CONTROLLER
SEO
ANALYTICS          SEARCH
VIRAL

Internet Marketing
Bachelor's Degree - Online

GET INFO

FULL SAIL
UNIVERSITY
Online

Follow Alexa
on Twitter

Click Here

Alexa

Advertise on
Alexa

Click Here

Alexa

Read the
Alexa Blog

Click Here

Alexa

Update Your
Website Info

Click Here

Alexa


verizon wireless

Twice as Nice.

Choose from select
Free phones and get a
Free Bluetooth® headset
WITH NEW 2YR ACTIVATION ON
NATIONWIDE SELECT PLAN

Free Overnight Shipping
with online orders

Learn More

Wayback Machine
See how Msnbc.com looked in the past

**NBC's TODAY Show**
News, Entertainment, and More:
Watch TODAY Show Clips Online!
today.msnbc.msn.com

**Msnbc Com**
Breaking News, Top Stories & Free
Video Segments - Visit
ABCNews.com!
ABCNews.go.com

**Cisco NetFlow Challenge**
Immediate results with NetFlow.
Take our analysis challenge.
Plixer.com/NetFlowChallenge

**$300/Hr NBC Home Job**
Work Online For NBC From Home.
Guaranteed Work. Start Today!
consumerreportusa.org/

Ads by Google

**Company**
About
Advertise
Jobs

**Help**
FAQ's
Tour

Download the Alexa Toolbar!
Privacy Policy | Terms of Use
© Alexa Internet, Inc.

An amazon.com company

November 4, 2008

## How Many Websites are there on the Internet?

So how big is the World Wide Web? Netcraft says that the total number of websites on the Internet have now exceeded 182 million. This count was around 156 million early this year but growth of the web has almost doubled in the past two years.



What's interesting is that out of these 182 million sites, nearly 10.5 million sites are hosted on Google's own web servers* like Blogger, Google App Engine, etc. So that's nearly 6% of the total websites.

Now Domain Tools also tracks all the different web domain names registered on the Internet and their count puts the total number of active domains as 106 million.

This is different from the Netcraft survey as Domain Tools won't count the sub-domains since they are all registered to the same owner (like Google's blogspot) but may technically be a different website and hence adds to the Netcraft count.

Related: Buying a Web Domain?

*Google's web servers are often represented in HTTP responses as GFE (Google Front End) or GWS (Google Web Server) but we don't know much about them except that the servers probably run on Linux and are modified versions of Apache.

---

Find this article at: http://www.labnol.org/internet/total-websites-on-internet-worldwide/5206/

**web**: http://www.labnol.org/ **email**: amit@labnol.org