| | |
|---|---|
| 1 | Peter R. Afrasiabi, Esq. (SBN 193336) |
| 2 | **ONE LLP**<br>4000 MacArthur Boulevard |
| 3 | West Tower, Suite 1100<br>Newport Beach, California 92660 |
| 4 | Telephone: (949) 502-2870<br>Email: pafrasiabi@onellp.com |
| 5 | |
| 6 | Attorneys for Plaintiff MAVRIX PHOTO, INC. |
| 7 | Andres F. Quintana (SBN 190525) |
| 8 | **QUINTANA LAW GROUP, APC**<br>26135 Mureau Road, Suite 101 |
| 9 | Calabasas, California 91302<br>Telephone: (818) 914-2100 |
| 10 | Email: andres@qlglaw.com |
| 11 | Attorneys for Defendants BRAND TECHNOLOGIES, INC. and |
| 12 | BRAD MANDELL |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTO, INC. a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRAND TECHNOLOGIES, INC., an Ohio Corporation; BRANDTECH, a business form unknown; GOSSIPGIRLS.COM, a business form unknown; CELEBRITY-GOSSIP.NET, a business form unknown; BRAD MANDELL, an individual; and DOES 1-10 INCLUSIVE,<br><br>Defendants. | CASE NO. CV09-02729 PSG (JCx)<br><br>[Complaint Filed On April 20, 2009]<br><br>**STIPULATION FOR ENTRY OF ORDER DISMISSING DEFENDANT BRAD MANDELL FROM THE COMPLAINT** |

1  IT IS HEREBY STIPULATED, by and between the Plaintiff MAVRIX PHOTO, INC. ("MAVRIX") and Defendant BRAD MANDELL, acting by and through their respective counsel of record, that:

WHEREAS, on April 20, 2009, MAVRIX commenced this action against Defendant BRAD MANDELL alleging a single count of copyright infringement;

WHEREAS, on February 10, 2012, Defendant BRAD MANDELL filed his Answer to the Complaint denying the salient allegations in the Complaint;

WHEREAS, MAVRIX now wishes to dismiss Defendant BRAD MANDELL from the Complaint;

WHEREAS, MAVRIX requests, and Defendant BRAD MANDELL does not object, that the Court enter the Dismissal of Defendant BRAD MANDELL from the Complaint in the form lodged concurrently herewith; and

WHEREAS, Each Party agrees to bear its or his own attorneys' fees and costs.

IT IS SO STIPULATED AND AGREED TO, BY AND BETWEEN:

DATED: August 23, 2012            ONE LLP

By: /s/ Peter R. Afrasiabi
Peter R. Afrasiabi
Attorneys for Plaintiff MAVRIX PHOTO, INC.

| | | |
|---|---|---|
| 1 | DATED: August 23, 2012 | QUINTANA LAW GROUP, APC |
| 2 | | Andres F. Quintana, Esq. |
| | | John M. Houkom, Esq. |

OLAVI DUNNE LLP
    Brian J. Dunne, Esq.

QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Joseph M. Paunovich, Esq.


By:   /s/ Andres F. Quintana
       Andres F. Quintana, Esq.

Attorneys for Defendants Brand Technologies, Inc. and Brad Mandell