E-FILED 09/14/2012
LINK TO DOC. # 59

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTO, INC. a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRAND TECHNOLOGIES, INC., an Ohio Corporation; BRANDTECH, a business form unknown; GOSSIPGIRLS.COM, a business form unknown; CELEBRITY-GOSSIP.NET, a business form unknown; BRAD MANDELL, an individual; and DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No. CV09-02729 PSG (JCx)<br>[Complaint Filed On April 20, 2009]<br><br>[~~PROPOSED~~] ORDER AMENDING THE COURT'S APRIL 25, 2012 SCHEDULING ORDER |

{11003.35003.00009416.DOC.1}

[PROPOSED] ORDER

THE COURT has considered the Stipulation for Entry of Order Amending the Court's April 25, 2012 Scheduling Order.

NOW THEREFORE, IT IS HEREBY ORDERED that the Court's April 25, 2012 Order (D.E. 45) be amended as follows:

| Case Event | Current Date | New Date |
|---|---|---|
| Discovery Cut-Off: | 11-06-12 | 03-05-13 |
| Last Day to File Motion | 11-20-12 | 03-19-13 |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | 11-13-12 | 03-12-13 |
| Rebuttal Expert Witness Disclosure | 12-11-12 | 04-09-13 |
| Expert Discovery Cut-Off | 01-02-13 | 05-01-13 |
| Final Pretrial Conference (2:30 p.m.) | 01-28-13 | 05-27-13 |
| Jury Trial (9:00 a.m.) | 02-12-13 | 06-11-13 |

DATED  9/14 , 2012

PHILIP S. GUTIERREZ
Honorable Philip Gutierrez
United States District Court Judge
Central District of California